IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL #58 401K FUND, <br> INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #58, <br> FINISHING TRADES INSTITUTE, <br> LABOR MANAGEMENT COOPERATIVE INITIATIVE, <br> SAFETY TRAINING AWARD RECOGNITION, <br> CENTRAL ILLINOIS CONSTRUCTION TRADES SUBSTANCE ABUSE TESTING FUND, INC., and <br> ILLINOIS STATE PAINTERS WELFARE FUND, <br> Plaintiffs, <br><br> v. <br><br> ROBERT W. BRITZ PAINTING COMPANY, INC., <br> Defendant. | Case No. 19–CV–01333–GCS–JPG |

## **DEFAULT JUDGMENT**

This civil case arises under the Employee Retirement Income Security Act. Before the Court is the plaintiffs' Motion for Default Judgment. (ECF No. 23). For the reasons below the Court **GRANTS** the plaintiffs' Motion and **ENTERS JUDGMENT**.

There are two stages to default. First, the Clerk of Court must enter a party's default "[w]hen a party against whom a judgment for affirmative relief has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise . . . ." Fed. R. Civ. P. 55. Then, the Court may enter a default judgment for the amount due. *Id.*

Here, the Clerk of Court entered Defendant Robert W. Britz Painting Company, Inc.'s default in February 2020. (ECF No. 11). The plaintiffs also showed that Defendant failed to

— 2 —

fulfill its obligations under the labor agreement. It is therefore appropriate for the Court to enter a default judgment for the amount due. Accordingly, the Court:

1. **GRANTS** the plaintiffs' Motion for Default Judgment;

2. **ENTERS JUDGMENT** in favor of the plaintiffs and against Defendant in the amount of $5,363.09 for delinquent contributions and $1,072.62 for liquidated damages;

3. **ENTERS JUDGMENT** in favor of Plaintiff Illinois State Painters Welfare Fund and against Defendant in the amount of $1,632.50 in reasonable attorney's fees and costs;

4. **ENTERS JUDGMENT** in favor of Plaintiff Painters District Council #58 401(k) Fund and against Defendant in the amount of $1,652.00 in reasonable attorney's fees and costs; and

5. **ORDERS** Defendant to pay all post-judgment attorney fees and costs incurred in connection with this case until all terms of this Default Judgment are executed.

**IT IS SO ORDERED.**

**Dated: September 15, 2020**

S/J. Phil Gilbert
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**
